Michael A. Kushner (SBN 335840)
**BAKER & HOSTETLER LLP**
600 Anton Boulevard Suite 900
Costa Mesa, CA 92626-7221
Telephone: 714.754.6600
Facsimile: 714.754.6611
Email: mkushner@bakerlaw.com

Casie D. Collignon (*pro hac vice* forthcoming)
ccollignon@bakerlaw.com
Jason A. Orr (SBN 301764)
jorr@bakerlaw.com
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202-2662
Telephone: 303.861.0600
Facsimile: 303.861.7805

*Attorneys for Defendant*
CALIBRATED HEALTHCARE, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDI ADAMS and TREVOR HOLDEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIBRATED HEALTHCARE SYSTEMS, LLC and CALIBRATED HEALTHCARE, LLC,<br><br>Defendants. | Lead Case No.: 8:24-cv-01754<br><br>Assigned For All Purposes to: Courtroom 9D, Hon. John W. Holcomb<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Action Filed: August 9, 2024 |

- 1 -

Defendants Calibrated Healthcare Systems, LLC and Calibrated Healthcare, LLC (collectively, "Calibrated" or "Defendants") and Plaintiffs Brandi Adams ("Plaintiff Adams") and Trevor Holden ("Plaintiff Holden") (collectively, "Plaintiffs") (with Defendants, the "Parties"), by and through their undersigned attorneys, hereby submit this Joint Notice of Settlement (the "Notice") informing the Court that the Parties have agreed upon terms to settle the instant action and have stipulated regarding the filing of a Motion for Preliminary Approval of Settlement by August 29, 2025. The Parties file this Notice based on the following facts:

WHEREAS, on January 10, 2025, Plaintiffs filed their Consolidated Complaint;

WHEREAS, the Parties agreed to participate in private mediation occurring on May 21, 2025;

WHEREAS, the Parties did not reach a negotiated resolution of Plaintiffs' claims at the mediation, but continued to negotiate in good faith following mediation;

WHEREAS, on June 25, 2025, the Parties held additional settlement discussions that resulted in the Parties' agreement to a settlement in principle;

WHEREAS, the Parties anticipate reducing the settlement in principle to a formal written Settlement Agreement, and Plaintiffs intend to file a Motion for Preliminary Approval of Settlement on or before August 29, 2025.

Respectfully submitted this 5th day of July, 2025.

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: /s/ Jason A. Orr
     Jason A. Orr

*Attorneys for Defendants*
CALIBRATED HEALTHCARE, LLC

**ROBINSON CALCAGNIE, INC.**

By:   */s/ Daniel S. Robinson*
      Daniel S. Robinson

Daniel S. Robinson
ROBINSON CALCAGNIE, INC.
19 Corporate Plaza Drive
Newport Beach, CA 92660
Telephone: (949) 720-1288
Email: drobinson@robinsonfirm.com

*Attorneys for Plaintiffs*
BRANDI ADAMS and TREVOR HOLDEN

## **LOCAL CIVIL RULE 5-4.3.4(a)(2)(i) ATTESTATION**

I, Jason A. Orr, hereby attest that the other signature listed, Daniel S. Robinson, on whose behalf the Stipulation is submitted, concurs in the Stipulation's content and has authorized its filing.

*/s/ Jason A. Orr*
Jason A. Orr